# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MONIQUE L. MATHERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | |
| ) | 1:21-CV-01646-TWT-WEJ |
| THERMO FISHER SCIENTIFIC, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 28th day of October, 2021.

**HORNSBY LAW GROUP**                    **JACKSON LEWIS P.C.**

*/s/ Amelia D. Grubbs*                   */s/ Parsa Fattahi*
Amelia D. Grubbs                         Emily S. Borna
Ga. State Bar No. 696724                 Georgia Bar No. 064065
ag@hornsbylaw.com                        Emily.Borna@jacksonlewis.com
1180 W Peachtree St NW #2220             Parsa Fattahi
Atlanta, GA 30309                        Georgia Bar No. 154232
Tel: 404-577-1505                        Parsa.Fattahi@jacksonlewis.com
Fax: 404-577-1565                        171 17th Street, NW
                                         Suite 1200
                                         Atlanta, Georgia 30363

2

Attorney for Plaintiff                    Telephone: (404) 525-8200
                                          Fax: (404) 525-1173

                                          *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MONIQUE L. MATHERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THERMO FISHER SCIENTIFIC, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action File No. <br><br> 1:21-CV-01646-TWT-WEJ |

## CERTIFICATE OF SERVICE

I certify that on October 28, 2021, I filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** via the Court's ECF system, which will send a copy to:

> Emily S. Borna, *Esq*.
> Parsa Fattahi, *Esq*.
> 171 17th Street, NW
> Suite 1200
> Atlanta, Georgia 30363

> */s/ Amelia Grubbs*
> Amelia Grubbs
> Georgia Bar No. 696724